**MARGULIES WIND**
**A Professional Corporation**
**Harborside Financial Center**
**Plaza 10, 3 Second Street, Suite 1201**
**Jersey City, New Jersey  07311-3988**
**(201) 333-0400   (201) 333-1110/fax**
**e-mail: jrk@mwhlawfirm.com**
**Attorneys for Plaintiff**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VIRTUAL STUDIOS, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**KANE CARPET COMPANY.**<br><br>**Defendant.** | **CIVIL ACTION NO:**<br>**2:11-cv-00622-KSS-PS**<br><br>**RULE 7.1**<br>**DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of

record for Virtual Studios, Inc. certifies that there is no parent corporation or any publicly held

corporation that owns10% or more of its stock.

Dated: June 23, 2011

Respectfully submitted,

MARGULIES WIND, P.A.

BY: _____
Frank E. Catalina
Harborside Financial Center
Plaza 10, 3 Second Street, Suite 1201
Jersey City, New Jersey  07311-3988
(201) 333-0400   (201) 333-1110/fax
e-mail: fec@mwhlawfirm.com