| | |
|---|---|
| AD 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |

| SERVICE OF: | SUMMONS, NOTICE OF ELECTRONIC FILING, FIRST AMENDED COMPLAINT | |
|---|---|---|
| EFFECTED (1) BY ME: | | |
| TITLE: | PROCESS SERVER | DATE: |
| Nan B Langford, Process Server | | 9/12/11   8:45 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✓] Served personally upon the defendant:

ART FLOCK & SCREEN, INC. D/B/A KANE CARPET COMPANY

Place where served:

125 North Industrial Boulevard, Calhoun, GA 30701

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: Lynn Remel, Manager, Executive Team Claims Credit

Description of person accepting service:

SEX: F  AGE: 45  HEIGHT: 5'7  WEIGHT: 150  SKIN: W  HAIR: Gray  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ___.___     SERVICES $ ___.___     TOTAL $ ___.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 9/12/20 11

SIGNATURE OF Nan B. Langford L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   FRANK E. CATALINA, ESQ.
PLAINTIFF:   VIRTUAL STUDIOS, INC.
DEFENDANT:  KANE CARPET CO.
VENUE:      DISTRICT
DOCKET:     2 11 CV 622 KSH PS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JUN. 24. 2011  2:49PM    MARGULIES WIND                                    NO. 0475   P. 6/20

## RETURN OF SERVICE

Service of the Summons and complaint was made by me (1)    **DATE** 9/12/11

**NAME OF SERVER (PRINT)** Nan B Langford    **TITLE** Process Server

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Lynn Remel, Manager Executive Team Claims Credit, 125 North Industrial Boulevard Calhoun, GA 33701

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    9/12/11      *Signature of Server* Nan B Langford
        Date

*Address of Server* PO Box 388 Reno GA 30162-0388